UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZURIEL, INC., a Washington Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CONAGRA FOODS LAMB WESTON, INC., a Delaware Corporation,<br><br>　　　　　　　Defendant. | Case No. 4:15-CV-5069-LRS<br><br><br>ORDER DIRECTING ENTRY OF DISMISSAL WITH PREJUDICE |

Pursuant to the Stipulation (ECF No. 27) of the parties, the Clerk of the Court shall enter judgment of dismissal of the First Amended Complaint (ECF No. 19) and the Amended Counterclaim (ECF No. 25) and the claims therein with prejudice and without costs or fees to any party.

The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

DATED this 14th day of November, 2016.

　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　_____
　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　SENIOR U.S. DISTRICT COURT JUDGE

ORDER - 1