# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| Zuriel Inc | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:15-cv-05069-LRS |
| ConAgra Foods Lamb Weston Inc | ) | |
| | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Judgment of Dismissal of the First Amended Complaint (ECF No. 19) and the Amended Counterclaim (ECF No. 25) and the claims therein with prejudice and without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Lonny R. Suko   Pursuant to the Stipulation of the parties, ECF No. 27, Judgment of Dismissal of the First Amended Complaint (ECF No. 19) and Amended Counterclaim (ECF No. 25) and the claims therein with prejudice and without costs or fees.

Date: 11/14/16

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler